# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lance C. Clemons <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 12-24601 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1124

                                         Respectfully submitted,

                                         **/s/ James C. Warmbrodt, Esquire**
                                         James C. Warmbrodt, Esquire
                                         jwarmbrodt@kmllawgroup.com
                                         Attorney I.D. No. 42524
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106
                                         Phone: 215-825-6306
                                         Fax: 215-825-6406
                                         Attorney for Movant/Applicant