Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Lance C. Clemons** | : | Case No. 12−24601−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Docket No. 261 |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **11th day of January, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                    Case No. 12-24601-GLT
Lance C. Clemons                                                          Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                  Page 1 of 4                  Date Rcvd: Jan 11, 2017
                              Form ID: 309                Total Noticed: 95


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db             +Lance C. Clemons,    27 Love Place,    Pittsburgh, PA 15218-1444
cr             +Borough of Edgewood,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Municipality of Penn Hills/Borough of Wilkinsburg/,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
cr              Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    P.O. BOX 24605,
                 West Palm Beach, FL 33416-4605
cr             +Ocwen Loan Servicing, LLC,    The Pavilion,    261 Old York Road,    Suite 410,
                 Jenkintown, PA 19046-3722
cr              US Bank National Association as Trustee by its att,    Stern & Eisenberg, PC,    410 The Pavilion,
                 261 York Road,    Jenkintown, PA 19046
13486903       +Allegheny County Family Division,    414 Grant Street,    Pittsburgh, PA 15219-2409
13486905       +American Home Mortgage Servicing,    1525 S. Beltline Rd.,    Suite 100 N,
                 Coppell, TX 75019-4913
13560500       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13630531       +Andrew F. Gornall, Esquire,    KML Law Group PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13486906       +Antionette L. Vaughn,    1250 Taylor Avenue,    New Kensington, PA 15068-5531
13486907        Aquila,    Black Hills Energy,    PO Box 3407,    Omaha, NE 68103-0407
13486909       +Auburn Family Health Center PC,    2115 14th Street,    Suite 100,    Auburn, NE 68305-1797
13486910       +Barbara Kern,    928 Penn Avenue,    Neighborhood Legal Firm,    Pittsburgh, PA 15222-3799
13486912        Berkheimer Tax Administrator,    PO Box 930,    Bangor, PA 18013-0930
13912909       +Borough of Edgewood (real estate tax),    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
13486913       +Borough of Wilkinsburg,    Portnoff Law Associates,    PO Box 3020,    Norristown, PA 19404-3020
13499733       +Borough of Wilkinsburg,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13486915       +CBE Group,    131 Tower Park Suite,    P.O. Box 2547,    Waterloo, IA 50704-2547
13486916        CCB Credit Services,    P.O. Box 272,    Springfield, IL 62705-0272
13486933       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot Credit Services,    PO Box 9100,
                 Des Moines, IA 50364-0500)
13486921       ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
                (address filed with court: Collection Service Center,    PO Box 1623,    200 S. McKean Street,
                 Butler, PA 16001)
13486914       #+Carrington Mortgage Services,    1610 E. Saint Andrews Place,    Suite B 150,
                 Santa Ana, CA 92705-4931
13486917        Central Tax Bureau of PA,    600 W. Railroad Avenue,    Verona, PA 15147-1140
13630532       +Chase Records Center,    ATTENTION: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
13486918       +City and School District of Pittsburgh,    c/o Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13486919        City and School District of Pittsburgh,    Treasurer, Real Estate Taxes,    P.O. Box 747017,
                 Pittsburgh, PA 15274-7017
13486920       +Code.sys,    321 Grant Avenue,    Pittsburgh, PA 15209-2662
13486922       +County of Allegheny,    c/o Goehring, Rutter & Boehm,    437 Grant St., 14th Floor,
                 Pittsburgh, PA 15219-6101
13486924        Denise Willis,    c/o Joseph P. Nigro,    Two Gateway Center, Suite 1799,    Pittsburgh, PA 15222
13655990        Deutsche Bank National Trust Company c/o,    Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13486926       +Diversified,    PO Box 200,    Greensburg, PA 15601-0200
13486927        Duquesne Light,    441 7th Avenue,    Pittsburgh, PA 15219
13486929       +EMC Mortgage Coporation,    PO Box 293150,    Lewisville, TX 75029-3150
13486928       +Edgewood Borough Sewage,    c/o Edgwood Borough Municipal Services,    336 Delaware Ave., Dept. U,
                 Oakmont, PA 15139-2138
13612532        Edgewood Borough Sewage/Pa.M.S.,    336 Delaware Ave.,    Oakmont, PA 15139-2138
13486930       +FedEx,    P.O. Box 371461,    Pittsburgh, PA 15250-7461
13486931       +Goldman & Warshaw, PC,    Attorneys At Law,    PO Box 2500,    Caldwell, NJ 07007-2500
13486934       +HSBC Bank,    123 S. Broad Street,    Suite 2080,    Philadelphia, PA 19109-1031
13735892        HSBC Bank USA, National Association,    c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13937585       +HSBC Bank USA, National Association, as,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13486936       +HSBC Bank, USA, NA,    As Trustee for Chase,    Dept 0h4-7142,    3415 Vision Drive,
                 Columbus, OH 43219-6009
13565868       +Homeward Residential, Inc.,    Bankruptcy Department,    1525 S. Beltline Road Suite 100 North,
                 Coppell, Texas 75019-4913
13486939       +International Quality Consultants,    106 Freeport Road,    Butler, PA 16002-3537
13549285       +JP Morgan Chase Bank, N.A.,    3415 Vision Drive,    Mail Code OH4-7142,
                 Columbus, Ohio 43219-6009
```

```
District/off: 0315-2          User: dbas                   Page 2 of 4                   Date Rcvd: Jan 11, 2017
                              Form ID: 309                 Total Noticed: 95

13543703       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
13486941       +Joseph A. Goldbeck, Esquire,    GOLDBECK, McCAFFERTY & McKEEVER,
                 5000 Mellon Independence Center,    701 Market Street,    Philadelphia, PA 19106-1541
13486942       +Joseph A. Goldbeck, Jr., Esquire,    GOLDBECK, McCAFFERTY & McKEEVER,
                 5000 Mellon Independence Center,    701 Market Street,    Philadelphia, PA 19106-1541
13505162        Kondaur Capital Corporation,    1 City Boulevard West,    Suite 1900,
                 Orange, California 92868-3637
13486943       +Lasalle Bank National Assoc.,    2780 Lake Vista Drive,    Lewisville, TX 75067-3884
13486944       +Marc Weisberg, Esq,   McCABE, WEISBERG & CONWAY, P.C.,    123 S. Broad Street, Suite 2080,
                 Philadelphia, PA 19109-1031
13486945       +Maureen Smith Tax Collector,    2 Race Street,    Pittsburgh, PA 15218-1445
13486947       +Michael T. McKeever, Esq,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13499735       +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13486948       +Nairobi Howze,    240 Idlewood Drive,    Pittsburgh, PA 15235-3813
13486950        OSI Collection Service,    605 W. Edison Road, Suite K,    Mishawaka, IN 46545-8823
13468082       +PA Municipal Service Company,    336 Delaware Avenue,    Department U,    Oakmont, PA 15139-2138
13486955       +Penn-Trafford School District,    c/o Creditech,    PO Box 130,    Bangor, PA 18013-0130
13501957       +Pittsburgh Water & Sewer Authority,    c/o Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13486957        Receivable Management Services,    340 Interstate N. Parkway,    PO Box 723001,
                 Atlanta, GA 31139-0001
13554562       +SCI Financial, LLC,    7119 E. Shea Blvd., #109-466,    Scottsdale, AZ 85254-6107
13486959       +Silverio Plastering,    14400 Winchester Road,    Trafford, PA 15085-9556
13486960       +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
13486962       +Terrence J. McCabe, Esquire,    McCABE, WEISBERG & CONWAY, P.C.,
                 123 South Broad Street, Suite 2080,    Philadelphia, PA 19109-1031
14309594        U.S. Bank National Association,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13486964        Waste Management,   PO Box 830002,    Baltimore, MD 21283-0002
13519817       +Wells Fargo Bank, N.A., as Trustee,    c/o Carrington Morgtage Services, LLC,
                 1600 South Douglass Road,,    Suite 200-A,    Anaheim, CA 92806-5948
13486965       +Wilkinsburg Borough & SD,    c/o Berkheimer Tax,    50 North Seventh St,    Bangor, PA 18013-1731
13486966       +Wilkinsburg School District,    c/o Portnoff Law Associates,    PO Box 3020,
                 Norristown, PA 19404-3020
13486967       +Wilkinsburg-Penn Joint Water Authority,    2200 Robinson Blvd.,    Pittsburgh, PA 15221-1193
13622615        Woodland Hills School Dist.,    Edgewood Borough,    Pa. Municipal Service Co.,
                 336 Delaware Ave Dept W-62,    Oakmont, PA 15139-2138
13501956       +Woodland Hills School District,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: AIS.COM Jan 12 2017 01:33:00      Midland Funding LLC by American InfoSource LP as a,
                 Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
cr             +E-mail/Text: giglmi@whsd.net Jan 12 2017 01:38:17      Woodland Hills School District,
                 Administrative Office,    2430 Greensburg Pike,    Pittsburgh, PA 15221-3611
13486904       +EDI: ALLIANCEONE.COM Jan 12 2017 01:33:00      Alliance One,    1684 Woodlands Drive,
                 Maumee, OH 43537-4026
13486908       +EDI: ACCE.COM Jan 12 2017 01:33:00      Asset Acceptance,    PO Box 2039,    Warren, MI 48090-2039
13486911       +EDI: HFC.COM Jan 12 2017 01:33:00      Beneficial/HFC,    PO Box 1547,
                 Chesapeake, VA 23327-1547
13486925        EDI: DIRECTV.COM Jan 12 2017 01:33:00      Directv,    PO Box 11732,    Newark, NJ 07101-4732
13528077       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jan 12 2017 01:38:19      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13486935       +EDI: HFC.COM Jan 12 2017 01:33:00      HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13486932       +E-mail/Text: bkynotice@harvardcollect.com Jan 12 2017 01:38:25      Harvard Collection Service,
                 4839 N Elston Ave,    Chicago, IL 60630-2589
13486937       +EDI: IIC9.COM Jan 12 2017 01:33:00      IC System Inc,    PO Box 64378,
                 Saint Paul, MN 55164-0378
13486938        EDI: IRS.COM Jan 12 2017 01:33:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
13486940       +E-mail/Text: ebnsterling@weltman.com Jan 12 2017 01:37:16      Jareds Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4601
13620340        EDI: AIS.COM Jan 12 2017 01:33:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
13486949       +Fax: 407-737-5634 Jan 12 2017 02:20:04      Ocwen Loan Servicing,    1661 Worthington Road,
                 Suite 100,    West Palm Beach, FL 33409-6493
13524190        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2017 01:37:21
                 Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                 Harrisburg P A 17128-0946
13486956        E-mail/Text: bankruptcy@proconsrv.com Jan 12 2017 01:37:20      Pro Consulting Services, Inc.,
                 Collections Divisions,    PO Box 66768,    Houston, TX 77266-6768
13486961        EDI: NEXTEL.COM Jan 12 2017 01:33:00      Sprint,    PO Box 152046,    Irving, TX 75015-2046
13486958        EDI: SEARS.COM Jan 12 2017 01:33:00      Sears/Citibank,    8725 W. Sahara Ave,
                 The Lakes, NV 89163-0001
13529167       +Fax: 407-737-5634 Jan 12 2017 02:20:04      U.S. Bank, National Association,
                 c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    1661 Worthington Rd. Ste 100,
                 West Palm Beach FL 33409-6493
```

```
District/off: 0315-2           User: dbas                  Page 3 of 4                   Date Rcvd: Jan 11, 2017
                               Form ID: 309                Total Noticed: 95
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13544702         EDI: VERIZONEAST.COM Jan 12 2017 01:33:00      VERIZON,    PO BOX 3037,
                  BLOOMINGTON, IL  61702-3037
13486963         EDI: VERIZONEAST.COM Jan 12 2017 01:33:00      Verizon,    P.O. Box 15026,
                  Albany, NY 12212-5026
                                                                                                 TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Carrington Mortgage Services, LLC
cr              City and SD of Pittsburgh
cr              Deutsche Bank National Trust Company, As Trustee E
cr              HSBC Bank USA, National Association, as Trustee of
cr              JPMorgan Chase Bank, N.A.
cr              Kondaur Capital Corporation
cr              Pittsburgh Water & Sewer Authority
cr              SCI Financial, LLC
cr              U.S. Bank National Association, et al...
cr              Wells Fargo Bank, N.A., as Trustee
13501942*      +County of Allegheny,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                  Pittsburgh, PA 15219-6101
13486951*      +PA Municipal Service Company,    336 Delaware Avenue,    Department U,   Oakmont, PA 15139-2138
aty            ##+The Debt Doctors, LLC,    310 Grant Street,   Suite 1701,    Pittsburgh, PA 15219-2239
cr             ##+Penn Hills School District and Municipality of Pen,    Maiello Brungo & Maiello, LLP,
                  3301 McCrady Road,    Pittsburgh, PA 15235-5137
cr             ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
cr             ##+Wilkinsburg School District and Borough of Wilkins,    c/o Maiello Brungo & Maiello, LLP,
                  3301 McCrady Road,    Pittsburgh, PA 15235-5137
13486923       ##+Creditech,   PO Box 130,    Bangor, PA 18013-0130
13486946       ##+Mazzei & Associates,    432 Boulevard of the Allies,    Pittsburgh, PA 15219-1314
13486952       ##+Penn Hills Municipality,    c/o Maiello Brungo & Maiello,    3301 McCrady Rd.,
                  Pittsburgh, PA 15235-5137
13486953       ##+Penn Hills School District,    c/o Maiello Brungo & Maiello,    3301 McCrady Road,
                  Pittsburgh, PA 15235-5137
13486954       ##+Penn Hills Schoold District,    c/o Maiello Brungo & Maiello,    3301 McCrady Rd,
                  Pittsburgh, PA 15235-5137
13722075       ##+Pooling and Servicing Agreement Bear St,    Serviced by Select Portfolio Servicing,,
                  3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                 TOTALS: 11, * 2, ## 10
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, et al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Defendant    US Bank National Association agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

```
District/off: 0315-2            User: dbas                   Page 4 of 4                   Date Rcvd: Jan 11, 2017
                                Form ID: 309                 Total Noticed: 95
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Ann E. Swartz    on behalf of Defendant    HSBC Bank ecfmail@mwc-law.com
          Ann E. Swartz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of the
          First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4 ecfmail@mwc-law.com
          Brett L. Messinger    on behalf of Defendant    Ocwen Loan Servicing, LLC
          blmessinger@duanemorris.com, LMTryon@duanemorris.com
          James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, et al...
          bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
          cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
          cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
          cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
          Hills jlc@mbm-law.net
          Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
          Wilkinsburg jlc@mbm-law.net
          Joseph A. Dessoye    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
          Al... pawb@fedphe.com
          Kevin H. Buraks    on behalf of Creditor    Municipality of Penn Hills/Borough of
          Wilkinsburg/Wilkinsburg School District kburaks@portnoffonline.com
          Kevin P. Diskin    on behalf of Creditor    US Bank National Association as Trustee by its attorney
          in fact Ocwen Loan Servicing, LLC kpdiskin@duanemorris.com, mbilotta@duanemorris.com
          Kevin T. McQuail    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mwc-law.com
          Kevin T. McQuail    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of the
          First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4 ecfmail@mwc-law.com
          Kevin T. McQuail    on behalf of Defendant    HSBC Bank ecfmail@mwc-law.com
          Leslie J. Rase, Esq.    on behalf of Creditor    Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
          ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Leslie J. Rase, Esq.    on behalf of Creditor    US Bank National Association as Trustee by its
          attorney in fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
          ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Leslie J. Rase, Esq.    on behalf of Defendant    US Bank National Association
          lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Marisa Myers Cohen    on behalf of Creditor    Kondaur Capital Corporation mcohen@mwc-law.com
          Marisa Myers Cohen    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of
          the First NLC Trust 2005-4, Mortgage-Backed Certificates, Series 2005-4 mcohen@mwc-law.com
          Mary F. Kennedy    on behalf of Defendant    Wells Fargo Bank, NA, as Trustee for Carrington
          Mortgage Loan Trust, Series 2006-FRE2 Asset Backed Pass-Through Certificates
          mary@javardianlaw.com, tami@javardianlaw.com
          Mary F. Kennedy    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
          mary@javardianlaw.com, tami@javardianlaw.com
          Mary F. Kennedy    on behalf of Creditor    SCI Financial, LLC mary@javardianlaw.com,
          tami@javardianlaw.com
          Mary F. Kennedy    on behalf of Creditor    Carrington Mortgage Services, LLC mary@javardianlaw.com,
          tami@javardianlaw.com
          Matthew M. Herron    on behalf of Plaintiff Lance C. Clemons mmh@thedebtdoctors.com,
          hgs@thedebtdoctors.com;tmatiasic@yahoo.com
          Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
          hgs@thedebtdoctors.com;tmatiasic@yahoo.com
          Matthew M. Herron    on behalf of Debtor Lance C. Clemons mmh@thedebtdoctors.com,
          hgs@thedebtdoctors.com;tmatiasic@yahoo.com
          Michael C. Mazack    on behalf of Creditor    Borough of Edgewood mmazack@tuckerlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
          rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Stephen J. Hanak    on behalf of Debtor Lance C. Clemons sjh@thedebtdoctors.com,
          hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com
          Stephen J. Hanak    on behalf of Plaintiff Lance C. Clemons sjh@thedebtdoctors.com,
          hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com
          Steven K. Eisenberg    on behalf of Creditor    US Bank National Association as Trustee by its
          attorney in fact Ocwen Loan Servicing, LLC seisenberg@sterneisenberg.com,
          bkecf@sterneisenberg.com
                                                                                                        TOTAL: 39