**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    LANCE C. CLEMONS | Case No.:12-24601 GLT

        Debtor(s)

Ronda J. Winnecour | Document No.:
      Movant
    vs.
No Repondents.

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 09/13/2012  and confirmed on 05/30/2013 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 204,717.15 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 204,717.15 |

| | | |
|---|---|---|
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 16,979.94 | |
|   Trustee Fee | 7,292.06 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 24,272.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
|   HSBC BANK** | 85,000.00 | 38,962.30 | 12,421.94 | 51,384.24 |
|     Acct: 4188 | | | | |
|   OCWEN LOAN SERVICING LLC(*) | 7,126.66 | 7,126.66 | 1,625.01 | 8,751.67 |
|     Acct: 2770 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST | 9,516.65 | 9,516.65 | 0.00 | 9,516.65 |
|     Acct: XXXXXXXXX0/12 | | | | |
|   WELLS FARGO BANK NA - TRUSTEE | 45,000.00 | 20,313.63 | 5,852.05 | 26,165.68 |
|     Acct: 4738 | | | | |
|   POOLING AND SERVICING AGRMNT BEAR | 47,000.00 | 21,232.93 | 7,557.32 | 28,790.25 |
|     Acct: 1124 | | | | |
|   OCWEN LOAN SERVICING LLC(*) | 0.00 | 12,014.43 | 0.00 | 12,014.43 |
|     Acct: 8033 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST | 11.91 | 11.91 | 0.00 | 11.91 |
|     Acct: XXXXXXXXX8/13 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - T | 0.00 | 22,594.50 | 0.00 | 22,594.50 |
|     Acct: 8453 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX9/12 | | | | |

12-24601 GLT      **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**     

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| SCI FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX9/12 | | | | |
| OCWEN LOAN SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2770 | | | | |
| HSBC BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4188 | | | | |
| OCWEN LOAN SERVICING LLC(*) | 5,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8033 | | | | |
| WELLS FARGO BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4738 | | | | |
| POOLING AND SERVICING AGRMNT BEAR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1124 | | | | |
| WILKINSBURG BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX8-09 | | | | |
| CITY & SCHOOL DIST OF PITTSBURGH (RE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX8-10 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX8-10 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX9-10 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX8-12 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 21.34 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX2009 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 461.92 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXX1-12 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX8-10 | | | | |
| EDGEWOOD BOROUGH (SWG)** | 3,031.95 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX7-11 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX8-10 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX8-10 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX6-10 | | | | |
| PENN HILLS SD (PENN HILLS MUN) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX8-10 | | | | |
| PENN HILLS SD (PENN HILLS MUN) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX6-10 | | | | |
| PENN HILLS SD (PENN HILLS MUN) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX1:08 | | | | |
| WILKINSBURG BOROUGH (RE) | 1,370.60 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXX0-11 | | | | |
| WILKINSBURG SD & WILKINSBURG BORO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX5:10 | | | | |
| WILKINSBURG SD-R/E TAX** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX8-09 | | | | |
| WILKINSBURG BOROUGH (RE) | 126.08 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXX INT | | | | |
| WILKINSBURG SD (WILKINSBURG) (RE) | 3,422.16 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXX0-11 | | | | |
| WILKINSBURG SD (WILKINSBURG) (RE) | 370.22 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXX INT | | | | |
| WILKINSBURG BOROUGH (MUN SVC FEE) | 324.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXX0-11 | | | | |
| WILKINSBURG BOROUGH (MUN SVC FEE) | 30.33 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXX INT | | | | |
| PENN HILLS SEWAGE(*) | 429.59 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
|     Acct: XXXXXXXXXXXXXXX6-07 | | | | |
| PENN HILLS SEWAGE(*) | 165.62 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXX INT | | | | |
| WOODLAND HILLS SD(EDGWD)RE TAX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX2011 | | | | |
| WOODLAND HILLS SD(EDGWD)RE TAX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXX INT | | | | |
| CITY & SCHOOL DIST OF PITTSBURGH (RE | 1,693.32 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXX2012 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 79.60 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXX2012 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXX2012 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXX INT | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 118.92 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXX INT | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 421.06 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXX2012 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 37.89 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXX INT | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 581.52 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXX2012 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 52.34 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXX INT | | | | |
| EDGEWOOD BOROUGH (RE) | 891.56 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX2012 | | | | |
| WILKINSBURG SD (WILKINSBURG) (RE) | 1,795.09 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX2012 | | | | |
| WILKINSBURG SD (WILKINSBURG) (RE) | 21.79 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXX INT | | | | |
| WILKINSBURG SD (WILKINSBURG) (RE) | 2,541.37 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX2012 | | | | |
| WILKINSBURG SD (WILKINSBURG) (RE) | 22.53 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXX INT | | | | |
| WILKINSBURG BOROUGH (MUN SVC FEE) | 499.50 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX2012 | | | | |
| WILKINSBURG BOROUGH (MUN SVC FEE) | 61.24 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXX INT | | | | |
| WILKINSBURG BOROUGH (MUN SVC FEE) | 166.50 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX2012 | | | | |
| WILKINSBURG BOROUGH (MUN SVC FEE) | 12.35 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXX INT | | | | |
| WILKINSBURG BOROUGH (RE) | 685.30 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX2012 | | | | |
| WILKINSBURG BOROUGH (RE) | 49.42 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXX INT | | | | |
| WOODLAND HILLS SD(EDGWD)RE TAX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX2011 | | | | |
| EDGEWOOD BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXX2-13 | | | | |
| US BANK NA | 12,500.00 | 5,856.39 | 1,441.75 | 7,298.14 |
|     Acct: 1552 | | | | |
| SCI FINANCIAL LLC | 23,000.00 | 11,261.43 | 2,656.25 | 13,917.68 |
|     Acct: XXXXXXXXX0/12 | | | | |
| | | | | 180,445.15 |
| Priority | | | | |
|     MATTHEW M HERRON ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| Acct: | | | | |
| LANCE C. CLEMONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTHEW M HERRON ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTHEW M HERRON ESQ** | 14,019.28 | 11,340.34 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX6-13 | | | | |
| MATTHEW M HERRON ESQ** | 11,046.00 | 3,441.55 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX0-13 | | | | |
| THE DEBT DOCTORS LLC** | 10,100.96 | 2,198.05 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX9-14 | | | | |
| ALLEGHENY COUNTY FAMILY DIVISION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| INTERNAL REVENUE SERVICE* | 15,126.25 | 0.00 | 0.00 | 0.00 |
| Acct: 5597 | | | | |
| PA DEPARTMENT OF REVENUE* | 13,656.53 | 0.00 | 0.00 | 0.00 |
| Acct: 5597 | | | | |
| WOODLAND HILLS SD (EDGEWOOD BORO | 2,452.75 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX7-11 | | | | |
| US BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1552 | | | | |
| WELLS FARGO BANK NA - TRUSTEE | 9,267.36 | 0.00 | 0.00 | 0.00 |
| Acct: 4738 | | | | |

* * * N O N E * * *

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| DUQUESNE LIGHT COMPANY* | 636.53 | 0.00 | 0.00 | 0.00 |
| Acct: 9006 | | | | |
| ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| AUBURN FAMILY HEALTH CTR PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| BENEFICIAL/HFC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CBE GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CENTRAL TAX BUREAU OF PA (*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CODE.SYS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DENISE WILLIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIRE | 977.33 | 0.00 | 0.00 | 0.00 |
| Acct: 3904 | | | | |
| DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MAZZEI AND ASSOCIATES | 2,200.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6452 | | | | |
| NAIROBI HOWZE++ | 0.00 | 0.00 | 0.00 | 0.00 |

12-24601 GLT       **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**     

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: ? | | | | |
| OSI COLLECTION SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PA MUNICIPAL SERVICE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| RECEIVABLE MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SILVERIO PLASTERING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MIDLAND FUNDING LLC BY AMERICAN INF | 165.38 | 0.00 | 0.00 | 0.00 |
| Acct: 8998 | | | | |
| WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| INTERNAL REVENUE SERVICE* | 2,927.30 | 0.00 | 0.00 | 0.00 |
| Acct: 5597 | | | | |
| PA DEPARTMENT OF REVENUE* | 4,462.54 | 0.00 | 0.00 | 0.00 |
| Acct: 5597 | | | | |
| SCI FINANCIAL LLC | 46,584.43 | 0.00 | 0.00 | 0.00 |
| Acct: 5793 | | | | |
| POOLING AND SERVICING AGRMNT BEAR | 37,793.93 | 0.00 | 0.00 | 0.00 |
| Acct: 1124 | | | | |
| US BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5597 | | | | |
| WELLS FARGO BANK NA - TRUSTEE | 80,601.40 | 0.00 | 0.00 | 0.00 |
| Acct: 4738 | | | | |
| HSBC BANK** | 35,350.98 | 0.00 | 0.00 | 0.00 |
| Acct: 4188 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARGARET GAIRO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1124 | | | | |
| ANTOINETTE VAUGHN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| BLACK HILLS ENERGY DIV AQUILA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| BARBARA KERN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CCB CREDIT SVCS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| TREASURER CITY/SD PITTSBURGH (RE)** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| FEDERAL EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| GOLDMAN & WARSHAW++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| HARVARD COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |

| 12-24601 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 6 of 6 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| GE CAPITAL/HOME DEPOT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| INTERNATIONAL QUALITY CONS. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| JARED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| LASALLE BANK NA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| EDGEWOOD BORO-R/E TAX | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PRO CONSULTING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SPECIALIZED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SPRINT TOGETHER WITH NEXTEL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | 180,445.15 |

TOTAL CLAIMED
| PRIORITY | 40,502.89 |
| SECURED | 253,640.33 |
| UNSECURED | 211.699.82 |

Date: 02/08/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com