UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br><br>LANCE C. CLEMONS<br><br>Debtor(s) | Case No. 12-24601GLT |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/13/2012.

2) The plan was confirmed on 05/30/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 11/07/2013, 06/08/2014, 03/10/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/22/2014, 11/10/2015, 09/21/2016.

5) The case was dismissed on 01/11/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $15,350.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $204,717.15 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$204,717.15**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $16,979.94 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $7,292.06 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$24,272.00**

Attorney fees paid and disclosed by debtor:    $3,700.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLEGHENY COUNTY FAMILY DIVIS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE | Unsecured | 1,994.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP - AGENT | Unsecured | 747.00 | 977.33 | 977.33 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| AUBURN FAMILY HEALTH CTR PC | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL/HFC(*) | Unsecured | 18,100.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP++ | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL TAX BUREAU OF PA (*)++ | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | 0.00 | 1,693.32 | 1,693.32 | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | 5,800.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CODE.SYS | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 0.00 | 118.92 | 118.92 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 0.00 | 421.06 | 421.06 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 0.00 | 37.89 | 37.89 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 0.00 | 581.52 | 581.52 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 0.00 | 52.34 | 52.34 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 30.00 | 21.34 | 21.34 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 300.00 | 461.92 | 461.92 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)ª | Secured | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DENISE WILLIS | Unsecured | 2,830.00 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | 145,000.00 | 181,402.67 | 9,516.65 | 9,516.65 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | 0.00 | 0.00 | 11.91 | 11.91 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | 0.00 | 73,383.60 | 0.00 | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | 0.00 | 0.00 | 0.00 | 22,594.50 | 0.00 |
| DIVERSIFIED COLLECTIONS*++ | Unsecured | 1,852.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DUQUESNE LIGHT COMPANY* | Unsecured | 154.00 | 636.53 | 636.53 | 0.00 | 0.00 |
| EDGEWOOD BOROUGH (RE) | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| EDGEWOOD BOROUGH (RE) | Secured | NA | 891.56 | 891.56 | 0.00 | 0.00 |
| EDGEWOOD BOROUGH (SWG)** | Secured | 2,300.00 | 3,031.95 | 3,031.95 | 0.00 | 0.00 |
| HSBC BANK** | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HSBC BANK** | Secured | 85,000.00 | 120,350.98 | 85,000.00 | 38,962.30 | 12,421.94 |
| HSBC BANK** | Unsecured | 0.00 | 0.00 | 35,350.98 | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| I.C. SYSTEMS INC. | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 2,927.30 | 2,927.30 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 14,000.00 | 15,126.25 | 15,126.25 | 0.00 | 0.00 |
| MAZZEI AND ASSOCIATES | Unsecured | 0.00 | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | 655.00 | 165.38 | 165.38 | 0.00 | 0.00 |
| NAIROBI HOWZE++ | Unsecured | 1,012.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC(*) | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC(*) | Secured | 73,000.00 | 0.00 | 7,126.66 | 7,126.66 | 1,625.01 |
| OCWEN LOAN SERVICING LLC(*) | Secured | 0.00 | NA | 5,000.00 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC(*) | Secured | 57,000.00 | NA | NA | 12,014.43 | 0.00 |
| OSI COLLECTION SVCS++ | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | NA | 4,462.54 | 4,462.54 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | NA | 13,656.53 | 13,656.53 | 0.00 | 0.00 |
| PA MUNICIPAL SERVICE CO | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE TAX | Secured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE TAX | Secured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE TAX | Secured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS MUN) ( | Secured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS MUN) ( | Secured | 11,000.00 | NA | NA | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS MUN) ( | Secured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| PENN HILLS SEWAGE(*) | Secured | NA | 429.59 | 429.59 | 0.00 | 0.00 |
| PENN HILLS SEWAGE(*) | Secured | NA | 165.62 | 165.62 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTH | Secured | 0.00 | 79.60 | 79.60 | 0.00 | 0.00 |
| POOLING AND SERVICING AGRMNT | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| POOLING AND SERVICING AGRMNT | Secured | 70,000.00 | 84,793.93 | 47,000.00 | 21,232.93 | 7,557.32 |
| POOLING AND SERVICING AGRMNT | Unsecured | 0.00 | 0.00 | 37,793.93 | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT SERVIC | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| SCI FINANCIAL LLC | Unsecured | 0.00 | 0.00 | 46,584.43 | 0.00 | 0.00 |
| SCI FINANCIAL LLC | Secured | 70,000.00 | 69,584.43 | 23,000.00 | 11,261.43 | 2,656.25 |
| SCI FINANCIAL LLC | Secured | 0.00 | 20,394.65 | 0.00 | 0.00 | 0.00 |
| SILVERIO PLASTERING | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA | Secured | 73,000.00 | 0.00 | 12,500.00 | 5,856.39 | 1,441.75 |
| WASTE MANAGEMENT* (PMT) | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA - TRUSTEE | Unsecured | 0.00 | 0.00 | 80,601.40 | 0.00 | 0.00 |
| WELLS FARGO BANK NA - TRUSTEE | Priority | 0.00 | 9,267.36 | 9,267.36 | 0.00 | 0.00 |
| WELLS FARGO BANK NA - TRUSTEE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA - TRUSTEE | Secured | 125,000.00 | 125,601.40 | 45,000.00 | 20,313.63 | 5,852.05 |
| WILKINSBURG BOROUGH (MUN SVC | Secured | NA | 324.00 | 324.00 | 0.00 | 0.00 |
| WILKINSBURG BOROUGH (MUN SVC | Secured | NA | 30.33 | 30.33 | 0.00 | 0.00 |
| WILKINSBURG BOROUGH (MUN SVC | Secured | NA | 499.50 | 499.50 | 0.00 | 0.00 |
| WILKINSBURG BOROUGH (MUN SVC | Secured | NA | 61.24 | 61.24 | 0.00 | 0.00 |
| WILKINSBURG BOROUGH (MUN SVC | Secured | NA | 166.50 | 166.50 | 0.00 | 0.00 |
| WILKINSBURG BOROUGH (MUN SVC | Secured | NA | 12.35 | 12.35 | 0.00 | 0.00 |
| WILKINSBURG BOROUGH (RE) | Secured | NA | 685.30 | 685.30 | 0.00 | 0.00 |
| WILKINSBURG BOROUGH (RE) | Secured | NA | 49.42 | 49.42 | 0.00 | 0.00 |
| WILKINSBURG BOROUGH (RE) | Secured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| WILKINSBURG BOROUGH (RE) | Secured | NA | 126.08 | 126.08 | 0.00 | 0.00 |
| WILKINSBURG BOROUGH (RE) | Secured | 1,800.00 | 1,370.60 | 1,370.60 | 0.00 | 0.00 |
| WILKINSBURG SD & WILKINSBURG I | Secured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| WILKINSBURG SD (WILKINSBURG) ( | Secured | 0.00 | 3,422.16 | 3,422.16 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WILKINSBURG SD (WILKINSBURG) (l | Secured | 0.00 | 370.22 | 370.22 | 0.00 | 0.00 |
| WILKINSBURG SD (WILKINSBURG) (l | Secured | NA | 1,795.09 | 1,795.09 | 0.00 | 0.00 |
| WILKINSBURG SD (WILKINSBURG) (l | Secured | NA | 21.79 | 21.79 | 0.00 | 0.00 |
| WILKINSBURG SD (WILKINSBURG) (l | Secured | NA | 2,541.37 | 2,541.37 | 0.00 | 0.00 |
| WILKINSBURG SD (WILKINSBURG) (l | Secured | NA | 22.53 | 22.53 | 0.00 | 0.00 |
| WILKINSBURG SD-R/E TAX** | Secured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| WOODLAND HILLS SD (EDGEWOOD | Priority | NA | 2,452.75 | 2,452.75 | 0.00 | 0.00 |
| WOODLAND HILLS SD(EDGWD)RE T. | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WOODLAND HILLS SD(EDGWD)RE T. | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WOODLAND HILLS SD(EDGWD)RE T. | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $229,155.22 | $148,890.83 | $31,554.32 |
| Mortgage Arrearage | $5,000.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $19,485.11 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$253,640.33** | **$148,890.83** | **$31,554.32** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $40,502.89 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$40,502.89** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$211,699.82** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $24,272.00 |
| Disbursements to Creditors | $180,445.15 |
| **TOTAL DISBURSEMENTS** : | **$204,717.15** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/09/2017                            By: /s/ Ronda J. Winnecour
                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**